JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR23-031-JLR |
|---|---|
| Plaintiff, | ) No. CR08-136-JLR )  ) |
| v. | ) ORDER TO SEAL ) DOCUMENTS |
| NICHOLAS FARMER | ) ) |
| Defendant. | ) ) |

THE COURT has considered Nicholas Farmer's motion to file his combined sentencing memorandum and memorandum in aid of disposition and its accompanying exhibit under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Mr. Farmer's combined sentencing memorandum and memorandum in aid of disposition and the accompanying exhibit be filed under seal.

DONE this 29th day of May 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen Fitzharris*
Assistant Federal Public Defender
Attorney for Nicholas Farmer

ORDER TO SEAL DOCUMENTS
(*U.S. v. Farmer*, CR23-031-JLR & CR08-136-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100