UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-031-JLR |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| NICHOLAS FARMER, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Nicholas Farmer:

    a.    One Samsung Galaxy A71 phone, model SM-A716U1, serial number R5CN715KYER, IMEI 354815110392480, seized from Nicholas Farmer in or about December 2021.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*United States v. Farmer*, CR23-031-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On May 12, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable, pursuant to 18 U.S.C. § 2253(a). and forfeiting the Defendant's interest in it (*see* Dkt. No. 14);

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 16), and sent direct notice to four potential claimants, by means reasonably calculated to reach them, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G4(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture ¶ 2 and Exhibits A-D); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Final Order of Forfeiture - 2
*United States v. Farmer*, CR23-031-JLR

3.    The United States Department of Homeland Security Investigations, Immigration and Customs Enforcement (ICE), and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this __16th__ day of ____March____, 2026.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Karyn S. Johnson_____
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Farmer*, CR23-031-JLR